■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD TILLMAN, Appellant. [785 NYS2d 713]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Garry, J.), rendered February 7, 2003, convicting him of rape in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contention is without merit. Smith, J.P., Luciano, Crane and Rivera, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JENNIFER RITTER, on Behalf of JULIUS NEWTON, Appellant, v WARDEN, KINGS COUNTY HOSPITAL PRISON WARD, Respondent. [788 NYS2d 118]—In a habeas corpus proceeding, the appeal is from a judgment of the Supreme Court, Kings County (Feldman, J.), entered August 12, 2004, which denied the writ and dismissed the proceeding.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

Subsequent to the argument of this appeal, Julius Newton pleaded guilty to various charges and was released upon his own recognizance. Accordingly, Newton's appeal in this habeas corpus proceeding challenging the legality of his detention must be dismissed as academic (*see People ex rel. Chakwin v Warden,* 63 NY2d 120 [1984]; *People ex rel. Jairam v Bednowsky,* 296 AD2d 431 [2002]; *People ex rel. Hart v Travis,* 240 AD2d 444 [1997]). S. Miller, J.P., Krausman, Spolzino and Lifson, JJ., concur.